# FLSA Consent Form

I, Kevin Knapp, hereby give written consent under section 216(b) of the Fair Labor Standards Act to be a party plaintiff in an FLSA collective action against Aramark and any entity doing business as Aaramark and/or any such entity's agents, owners, parents, or subsidiaries.

_[signature]_

Date: 12/1/16